Lester Clayton SANDERS, Jr. *v.* STATE of Arkansas

740 S.W.2d 928

Supreme Court of Arkansas

Opinion delivered December 21, 1987

No response.

PER CURIAM. Appellant, Lester Clayton Sanders, Jr. by his attorney, Josef V. Hobson, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to his miscalculation of the ninety-day limit for filing the record in this Court. *See* Ark. R. App. P. 5(a).

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* per curiam dated February 5, 1979, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.